UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>    Plaintiff,<br><br>  v.<br><br>HENRY J CAVIGLI JR., et al.,<br><br>    Defendants. | Case No. 15-cv-03482-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 19 |

The parties have filed a stipulation of dismissal dated November 11, 2015, stating that they have agreed to a settlement of this action. ECF No. 19. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: November 12, 2015

                                                JON S. TIGAR
                                    United States District Judge